IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Gary Evan Peel

                                            Case Number: 14-mc-3-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

      On January 13, 2014, the Supreme Court of the State of Illinois issued an order disbarring Gary Evan Peel from the practice of law. The order first came to this Court's attention on January 27, 204 (Doc. 1). Pursuant to Southern District of Illinois Local Rule 83.3(c)(2), the Court issued a notice directed to Mr. Peel that included a copy of the order and an order to show cause within 30 days after service why the imposition of similar discipline by this Court would be unwarranted (Doc. 2). The notice actually incorrectly denoted the discipline as a suspension but when Mr. Peel responded (Doc. 4) he pointed out that error so he clearly is not prejudiced by the misdesignation.

      In his response, Mr. Peel asserts that his underlying criminal case has not yet been finalized and therefore the Court is not warranted in imposing reciprocal discipline at this time. Specifically, he argued, the United States Supreme Court has not ruled on his petition for writ of certiorari regarding his Section 2255 claim (Case No. 13-8299).

      According to Local Rule 83.3(c)(4), the Court shall impose the identical discipline unless the respondent-attorney demonstrates, or the Court finds, one of

four listed exceptions.  Mr. Peel has not attempted to demonstrate any of the four listed exceptions.  However to the point Mr. Peel raises, his petition for a writ of certiorari was denied on February 24, 2014.

**IT IS ORDERED** that Gary Evan Peel is disbarred from the practice of law in this Court, effective immediately, and his name shall be stricken from the role of attorneys admitted to practice before this Court.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2014.

Digitally signed by David R. Herndon
Date: 2014.03.03 16:56:01 -06'00'

**Chief Judge**
**United States District Court**